# IN THE UNITED STATES COURT OF APPEALS
# FOR THE DISTRICT OF COLUMBIA CIRCUIT

| | |
|---|---|
| CLEAN WISCONSIN, ) <br> ) <br> Petitioner, ) <br> ) <br> v. ) <br> ) <br> UNITED STATES ENVIRONMENTAL ) <br> PROTECTION AGENCY, and ) <br> ANDREW R. WHEELER, Acting Administrator, ) <br> United States Environmental Protection Agency, ) <br> ) <br> Respondents. ) <br> ) | No. 18- 1203 |

## PETITION FOR REVIEW

Pursuant to Clean Air Act § 307(b)(1), 42 U.S.C. § 7607(b)(1), Federal Rule of Appellate Procedure 15, and D.C. Circuit Rule 15(a)(1), Clean Wisconsin hereby petitions this Court for review of the final action taken by Respondents United States Environmental Protection Agency and Andrew R. Wheeler, Acting Administrator, United States Environmental Protection Agency, and entitled "Additional Air Quality Designations for the 2015 Ozone National Ambient Air Quality Standards," published at 83 Fed. Reg. 25,776 (June 4, 2018).

DATED:   August 1, 2018

_____
Ann Brewster Weeks
Clean Air Task Force
114 State Street, 6th Floor
Boston, MA  02109
617-359-4077
aweeks@catf.us


//s// Kathryn A. Nekola

_____
Kathryn A. Nekola
Clean Wisconsin
634 W. Main Street #300
Madison, Wisconsin
608-251-7020

*Attorneys for Petitioner*
Clean Wisconsin

## CERTIFICATE OF SERVICE

I, Ann Brewster Weeks, hereby certify that the foregoing Clean Wisconsin Petition for Review has been served by United States first-class mail, this the first day of August 2018, upon the following:

Andrew R. Wheeler, Acting Administrator
United States Environmental Protection Agency
US EPA Headquarters
William Jefferson Clinton Building – North
1200 Pennsylvania Avenue, N.W.
**Mail Code: 1101A**
Washington, D.C.  20460

Office of General Counsel
United States Environmental Protection Agency Headquarters
William Jefferson Clinton Building – North
1200 Pennsylvania Avenue, N.W.
**Mail Code: 2344A**
Washington, D.C.  20460

_____
Ann Brewster Weeks

# IN THE UNITED STATES COURT OF APPEALS
# FOR THE DISTRICT OF COLUMBIA CIRCUIT

_____
                                            )
CLEAN WISCONSIN                             )
                                            )
       Petitioners,                         )
                                            )
   v.                                       )   No. 18- 1203
                                            )
UNITED STATES ENVIRONMENTAL                 )
PROTECTION AGENCY, and                      )
ANDREW R. WHEELER, Acting Administrator,    )
United States Environmental Protection Agency, )
                                            )
       Respondents.                         )
                                            )
                                            )
_____)

## RULE 26.1 STATEMENT OF PETITIONER CLEAN WISCONSIN

Pursuant to Federal Rule of Appellate Procedure 26.1 and D.C. Circuit Rule 26.1, Petitioner Clean Wisconsin makes the following disclosures:

**Clean Wisconsin:** Clean Wisconsin is a not-for-profit corporation organized under the laws of the State of Wisconsin and incorporated under Section 501(c)(3) of the Internal Revenue Code. Clean Wisconsin is a membership organization dedicated to environmental education, advocacy and legal action to protect air quality, water quality and natural resources in the State of Wisconsin.

Clean Wisconsin has no parent companies, and no publicly held company has a 10% or greater ownership interest in Clean Wisconsin.

_____
Ann Brewster Weeks
Clean Air Task Force
114 State Street, 6th Floor
Boston, MA  02109
617-359-4077


//s// Kathryn A. Nekola
_____
Kathryn A. Nekola
Clean Wisconsin
634 W. Main Street #300
Madison, Wisconsin
608-251-7020

*Attorneys for Petitioner*
Clean Wisconsin